IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

| | |
|---|---|
| IN RE: | Chapter 11 Cases |
| LAND RESOURCE, LLC, et al., | Case No.: 6:08-bk-10159-ABB |
| Debtors. | Jointly Administered with cases 6:08-bk-10159 through 6:08-bk-10192 |
| _____/ | |
| THE CINCINNATI INSURANCE COMPANY, | |
| Plaintiff, | |
| v. | |
| LAND RESOURCE GROUP OF NORTH CAROLINA, LLC, a North Carolina limited liability company; LAND RESOURCE GROUP, INC., a Georgia corporation; LR BUFFALO CREEK, LLC, a Georgia limited liability company; LAND RESOURCE, LLC a/k/a LAND RESOUCE COMPANIES, LLC, a Georgia limited liability company; MIKE FLASKEY; J. ROBERT WARD; PAUL BEIDEL; ROB VACO; SOUTHERN H.O.A. MANAGEMENT, LLC; CLARK CHAMPION; TAMMY MIKESELL; CHARLENE MILLER; PATRICK MOORE; SHANNON GLOVER; MITCH BEN MILLER; MARIE FOX; HERSCHEL ALLEN and wife, ELIZABETH P. ALLEN; SVEN RONNY CARLSSON and wife, SUSAN P. CARLSSON a/k/a CARLSSON INVESTMENTS, LLC; WAYNE COX and wife, JOSEPHINE COX; GLENN A. DAY and wife, KATHERINE KOSTOFF-DAY; CALVIN C. HENDERSON, and wife ELAINE W. HENDERSON; JOHN J. KASIANOWICZ and wife, RACHEL H. KASIANOWICZ; GLENN M. SWARTZ, JR. and wife, DAWNA L. | Adv. Pro. No.: 6:10-ap-00102-ABB |

SWARTZ; DAVID LEE WOOD; STEPHEN PETER BLOOM; MARCOS I. RUBERT and wife, KATHRYN M. RUBERT; AND BRIAN J. KREBS.
        Defendants.

## STIPULATION TO DISMISS ADVERSARY PROCEEDING WITH PREJUDICE

**Plaintiff**, The Cincinnati Insurance Company and **Defendants**, Land Resource Group of North Carolina, LLC, Land Resource Group, Inc., LR Buffalo Creek, LLC, Land Resource, LLC a/k/a Land Resource Companies, LLC, Marcos Rubert, Kathryn Rubert, Susan Carlsson, Sven Ronny Carlsson, Katherine Kostoff-Day, Glenn Day, Elaine Henderson, Calvin Henderson, Wayne Cox, Josephine Cox, Glenn Swartz, Jr., Dawna Swartz, Herschel Allen, Elizabeth Allen, David Lee Wood, Stephen Peter Bloom, Brian Krebs, John Kasianowicz, Rachel Kasianwicz, Robert Vacko, Jr., Mitch Miller, Marie Fox Miller, Mike Flaskey, Clark Champion, Paul Beidel, hereby stipulate to the dismissal with prejudice of this adversary proceeding, each party to bear their own attorneys' fees and costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure made applicable in this adversary proceeding by Bankruptcy Rule 7041.

DATED:      January 20, 2011

                                      IURILLO & ASSOCIATES, P.A.

                                      */s/ Camille J. Iurillo*
                                      Camille J. Iurillo, Esquire
                                      Florida Bar No. 902225
                                      ciurillo@iurillolaw.com
                                      Sabrina C. Beavens, Esquire
                                      Florida Bar No. 569011
                                      sbeavens@iurillolaw.com
                                      600 First Avenue North, Suite 308
                                      St. Petersburg, Florida 33701
                                      (727) 895-8050 telephone
                                      (727) 895-8057 facsimile

AND

NALL & MILLER, LLP

_/s/ Mary A. Palma_
Mary A. Palma, Esquire
Georgia Bar No. 559750
mpalma@nallmiller.com
235 Peachtree St. NE, Suite 1500
Atlanta, GA 30303-1401
(404) 522-2200 telephone
(404) 522-2208 facsimile
*Attorneys for The Cincinnati Insurance Company*

-AND-

BROAD & CASSEL

_/s/ Todd K. Norman_
Todd K. Norman, Esquire
Florida Bar No. 62154
Bernard H. Gentry, Esquire
Florida Bar No. 57649
Nicolette Corso Vilmos
Florida Bar No. 469051
390 N. Orange Avenue, Suite 1400
Orlando, FL 32801
(407) 839-4200 telephone
(407) 425-8377 facsimile
*Attorneys for Leigh R. Meininger, as Chapter 7 Trustee for Land Resource Group of North Carolina, LLC, Land Resource Group, Inc., LR Buffalo Creek, LLC, Land Resource, LLC a/k/a Land Resource Companies, LLC*

-AND-

ARNOLD, MATHENY & EAGAN, P.A.

_/s/ Carl D. Motes_
Carl D. Motes, Esq.
Florida Bar No. 0182875
cmotes@ameorl.com
605 E. Robinson Street, Suite 730
Orlando, FL 32801

(407) 841-1550 telephone
(407) 420-1829 facsimile
*Attorneys for Robert Vacko, Jr., Mitch Miller, Marie Fox Miller, Mike Flaskey, Clark Champion, Paul Beidel*

-AND-

PINKARD, LYNCH & ROBBINS

*/s/ R. Paul Roecker*
Vincent B. Lynch, Esquire
Fla. Bar. No. 917801
vlynch@robbinsequitas.com
R. Paul Roecker, Esquire
Fla. Bar. No. 120073
proecker@robbinsequitas.com
2639 Dr. MLK Jr. St., N.
St. Petersburg, FL 33704
(727) 822-8696  telephone
(727) 471-0616  facsimile
*Attorneys for Marcos Rubert, Kathryn Rubert, Susan Carlsson, Sven Ronny Carlsson, Katherine Kostoff-Day, Glenn Day, Elaine Henderson, Calvin Henderson, Wayne Cox, Josephine Cox, Glenn Swartz, Jr., Dawna Swartz, Herschel Allen, Elizabeth Allen, David Lee Wood, Stephen Peter Bloom, Brian Krebs, John Kasianowicz, Rachel Kasianwicz*